BEFORE THE SECOND DIVISION, FEBRUARY 25, 1959

**No. 62775.**—Austin Motor Co., Ltd., *v.* United States, protest 323812–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that certain items of the merchandise consist of speedometers similar in all material respects to the merchandise the subject of *Industrial Operations, Inc.* v. *United States* (30 Cust. Ct. 82, C.D. 1500), except that the speedometers in the cited case were designed and intended for use as parts of motorcycles whereas those at bar are intended for use as parts of automobiles, the claim of the plaintiff was sustained.